IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY CRUZ, | No. C 06-02954 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| PFIZER INC, | |
| Defendant. / | |

THE COURT HEREBY vacates the Stipulation and Order Dismissing Pfizer Defendants With Prejudice and Remanding Complaint to Transferor Court. The order being improperly filed on May 22, 2009, doc. no. 4 shall be deleted from the docket.

**IT IS SO ORDERED.**

Dated: June 1, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrecruz.wpd