1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>*Betty Cruz, et al. vs. Pfizer Inc., et al.*, Case No. 3:06-CV-02954-CRB | **STIPULATION AND [PROPOSED] ORDER DISMISSING PFIZER DEFENDANTS WITH PREJUDICE AND SUGGESTING REMAND TO TRANSFEROR COURT** |

17       1.   WHEREAS Plaintiffs Betty Cruz, individually and as representative for the

18   estate of Hilario Cruz, deceased, and as surviving spouse of Hilario Cruz, deceased, and Ronnie

19   Reynaldo Cruz, individually and as heir of the estate of Hilario Cruz, deceased, and as surviving

20   son of Hilario Cruz, deceased (collectively, "Plaintiffs"), are residents of Jim Wells County,

21   Texas and citizens of the State of Texas;

22       2.   WHEREAS Defendant Pfizer Inc ("Defendant Pfizer") is incorporated in

23   the State of Delaware and has its principal place of business in the State of New York;

24       3.   WHEREAS Defendant Orlando DeHerrera, D.O. ("Defendant DeHerrera")

25   is a citizen of the State of Texas;

26       4.   WHEREAS Plaintiffs filed their Original Petition in the 79th Judicial

27   District Court of Jim Wells County, State of Texas, which Defendant Pfizer removed to the

28   United States District Court for the Southern District of Texas, Corpus Christi Division;

-1-

-2-

1  5. WHEREAS Plaintiffs filed a motion to remand their complaint to state
2  court, which neither the United States District Court for the Southern District of Texas, Corpus
3  Christi Division nor this Court has adjudicated;
4  6. WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs
5  hereby stipulate to dismiss any and all claims against Defendant Pfizer with prejudice, with each
6  party to bear its own costs;
7  7. WHEREAS Plaintiffs wish to continue to pursue certain claims against
8  Defendant DeHerrera ("the remaining claims");
9  8. WHEREAS the remaining claims do not involve any issues that are the
10  subject of this multi-district proceeding; and
11  9. WHEREAS the convenience of Plaintiffs and Defendant DeHerrera and the
12  remaining potential witnesses will be served by remanding Plaintiffs' remaining claims to the
13  United States District Court for the Southern District of Texas, Corpus Christi Division;
14  10. THEREFORE the parties hereby stipulate and respectfully request that the
15  Court enter an Order:
16  a. Dismissing Plaintiffs' claims against Defendant Pfizer in their
17  entirety with prejudice, with each party to bear its own costs; and
18  /////
19  /////
20  /////
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

EAST\42409108.3  
013415-000401

STIP. & [PROPOSED] ORDER DISMISSING PFIZER DEFS. WITH PREJ. & SUGGESTING REMAND TO TRANSFEROR COURT – M:05-CV-01699-CRB

b. Suggesting that the Judicial Panel on Multidistrict Litigation ("the Panel") remand Plaintiffs' remaining claims against Defendant DeHerrera to the United States District Court for the Southern District of Texas, Corpus Christi Division.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 9, 2009 | THE SNAPKA LAW FIRM |
| | By  /s/ |
| | Kathryn Snapka |
| | *Counsel for Plaintiffs* |
| Dated: June 9, 2009 | DLA PIPER US LLP |
| | By  /s/ |
| | Loren H. Brown |
| | *Counsel for Pfizer Defendants* |
| Dated: June 9, 2009 | STINNETT THIEBAUD & REMINGTON LLP |
| | By  /s/ |
| | Philipa M. Remington |
| | *Counsel for Defendant Dr. Orlando DeHerrera* |

-3-

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' claims against Defendant Pfizer hereby are DISMISSED in their entirety with prejudice, with each party to bear its own costs.

2. Because the Plaintiff's remaining claims do not involve any issues that are the subject of this multi-district proceeding and the convenience of Plaintiffs and Defendant DeHerrera and the remaining potential witnesses will be served by remanding Plaintiffs' remaining claims to the United States District Court for the Southern District of Texas, Corpus Christi Division ("the Transferor Court"), the Court hereby SUGGESTS that the Panel remand the remainder of Plaintiff's complaint to the Transferor Court.

**IT IS SO ORDERED.**

Dated: _____June 10____, 2009      _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



EAST\42409108.3
013415-000401

STIP. & [PROPOSED] ORDER DISMISSING PFIZER DEFS. WITH PREJ. & SUGGESTING REMAND TO TRANSFEROR COURT – M:05-CV-01699-CRB